IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMANUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 C 2215 |
| v. | ) | |
| | ) | Judge Dow |
| CITY OF CHICAGO, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that this cause be dismissed with prejudice, each party to bear its own costs and fees.

Dated: March 20, 2012

 /s/ Sharilee K. Smentek                             /s/ Melanie Patrick Neeley
Sharilee K. Smentek                                  Melanie Patrick Neely
Jenifer H. Caracciolo                                CITY OF CHICAGO
ARNSTEIN & LEHR LLP                                  Department of Law - Employment
120 South Riverside Plaza                            Litigation Division
Suite 1200                                           30 N. LaSalle Street, Room 1020
Chicago, Illinois 60606                              Chicago, IL 60602
Phone: (312) 876-7100                                (312) 744-5114
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

**CERTIFICATE OF SEVICE**

Sharilee K. Smentek, an attorney, certifies that she served the **STIPULATION TO DISMISS** on the parties listed below:

Melanie Patrick Neely
CITY OF CHICAGO
Department of Law - Employment Litigation Division
30 N. LaSalle Street, Room1020
Chicago, IL 60602
melanie_patrick.neely@cityofchicago.org

via e-mail notification served by the CM/ECF system on March 20, 2012.

s/ Sharilee K. Smentek

10043810.1 / 99118-0552